UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SHANNON STONE,**

    PLAINTIFF,

VS.                                        CASE NO. 21- CV-12736
                                                HON. DENISE PAGE HOOD
**ZETA GLOBAL CORP.,**        M. ELIZABETH A. STAFFORD
A DELAWARE CORPORATION,

    DEFENDANT.

_____

| GASIOREK MORGAN | SHEPPARD MILLIN RICHTER |
|---|---|
| Ray Carey (P33266) | & HAMPTON LLP |
| Attorneys for Plaintiff | Mikela Sutrina |
| 30500 Northwestern Highway | Kevin M. Cloutier (P81503) |
| Suite 425 | Katherine H. Oblak |
| Farmington Hills, MI 48334 | Attorneys for Defendant |
| (T) 248-865-0001 | Chicago, Illinois |
| (F) 248-865-0002 | (T) (312) 499-6300 |
| rcarey@work-lawyers.com | (F) (312) 499-6301 |
| | msutrina@sheppardmullin.com |
| | kcloutier@sheppardmullin.com |
| | koblak@shepperdmullin.com |

## **PLAINTIFF'S PRELIMINARY WITNESS LIST**

Plaintiff, SHANNON STONE ("Plaintiff" or "Ms. Stone") hereby submits her preliminary list of witnesses to Defendant ZETA GLOBAL CORP. ("Defendant") in accordance with the Scheduling Order in this matter:

**Witnesses**: Pursuant to Fed. R. Civ. P. 26(a)(i), the list is comprised of each "individual likely to have discoverable information that [Plaintiff] may use to support [her] claims . . ." and any last known names, addresses and phone numbers.

1. Plaintiff Shannon Stone, contacted through counsel for Plaintiff
2. John Scully, current or former Zeta employee
3. David Steinberg, current or former Zeta employee
4. Steven Gerber, current or former Zeta employee
5. Eric Presbrey, current or former Zeta employee
6. Matt Martella, current or former Zeta employee
7. Jason Baadsgaard, current or former Zeta employee
8. Kevin McCarthy, current or former Zeta employee
9. Will Margiloff, current or former Zeta employee
10. Christian Monberg, current or former Zeta employee
11. Chris Greiner, current or former Zeta employee
12. David Schey, current or former Zeta employee
13. David Allen, current or former Zeta employee
14. Juliet Schuler, current or former Zeta employee
15. Pavan Korada, current or former Zeta employee
16. Harrison Davies, current or former Zeta employee

17. Jeremy Klein, current or former Zeta employee

18. Donald Steele, current or former Zeta employee

19. Sean Welsh, current or former Zeta employee

20. Tom Walsh, current or former Zeta employee

21. Denise Lang, current or former Zeta employee

22. Steve Vine, current or former Zeta employee

23. Jeffrey Bernall, current or former Zeta employee

24. Giuliva Avanzato, current or former Zeta employee

25. Candice Osnato, current or former Zeta employee

26. Chad Miller, current or former Zeta employee

27. Nick Tarant, current or former Zeta employee

28. Matthew Walters, current or former Zeta employee

29. Lewis Steckler, current or former Zeta employee

30. Cameron Roegner or Roegen, current or former Zeta employee

31. Eric Caraboolad, current or former Zeta employee

32. Caitlin Mooney, current or former Zeta employe

33. Jenni Stoddard, current or former Zeta employee

34. Kelsey O'Donnell, current or former Zeta employee

35. Melissa Racklin, current or former Zeta employee

36. Marie Aiello, current or former Zeta employee

37. Savitha Nanuduri, current or former Zeta employee

38. Sandra Santilli, current or former Zeta employee

39. Amy Jones, current or former Zeta employee

40. Kayla Dole, current or former Zeta employee

41. Crystal Eastman, current or former Zeta employee

42. Megan Rose, current or former Zeta employee

43. Suzanne Darmory, current or former Zeta employee

44. Jeff Mott, current or former Zeta employee

45. Chris Spring, current or former Zeta employee

46. Narendra Amarineni, current or former Zeta employee

47. Dex Bindra, current or former Zeta employee

48. Eric Zaner. current or former Zeta employee

49. Rick Winnard, current or former Zeta employee

50. Mary Schlafly, current or former Zeta employee

51. Jeff Stern, current or former Zeta employee

52. Marc Feledy, current or former Zeta employee

53. Loveen Advani, current or former Zeta employee

54. Michael Lewis, current or former Zeta employee

55. Kristen Hessler, current or former Zeta employee

56. Narender Odela, current or former Zeta employee

57. Ken Levarek, current or former Zeta employee

58. Lauren Leitman, current or former Zeta employee

59. Neej Gore, current or former Zeta employee

60. Molissa Silver, current or former Zeta employee

61. Cullen Jowitt, current or former Zeta employee

62. David Bonaille, current or former Zeta employee

63. Ian Whitney, current or former Zeta employee

64. Melissa Madtson, current or former Zeta employee

65. Mohammed Amer, current or former Zeta employee

66. David McPhillips, current or former Zeta employee

67. Custodians of records for Zeta Global Corp and Zeta ZX

68. Custodians of records for Matt Martella's former employers

69. Custodians of records for Jason Baadsgaard's former employers

70. Custodians of records Progressive, DISH, Sprint, Verizon, ADT, Esurance, GerberLife, NAM, AHS, Chase, Charter, AmEx, T-Mobile, Citi, GLIC, BJ's, 1800 Contacts, Quip, BlueApron, Barclay, USAA, Axcess, Homelight, Sling. Allstate, Consumer Cellular, Experian, ADS, Travelers

71. Data Analytics Expert

72. Marketing Expert

73. Economic expert

74. Human Resources Best Practices Expert

75. Behavioral health expert

76. Witnesses identified during discovery

77. Witnesses identified by Defendant

78. Rebuttal witnesses

79. Witnesses needed to authenticate documents

Plaintiff reserves the right to amend this witness list and to add or delete witnesses identified on this list in accordance with the Scheduling Order in this matter, based on what is disclosed during discovery, and as otherwise appropriate up to and throughout any trial in this matter.

    Respectfully submitted,

    **GASIOREK MORGAN,**

    /s/*Raymond J. Carey*
    Raymond J. Carey (P33266)
    Attorneys for Plaintiff
    30500 Northwestern Highway, Suite 425
    Farmington Hills, MI 48334
    (248) 865-0001

Dated: April 25, 2022    rcarey@work-lawyers.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the attached document was served on April 25, 2022, upon all parties and/or attorneys of record in this matter at their respective email addresses as disclosed by pleadings in this matter.

*/s/ Randi Hanlon*